**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN QUINTANILLA, | ) | NO. CV 14-04602-VAP (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| W.L. MONTGOMERY, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 07, 2016

*Virginia A. Phillips*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE